FILED
August 13, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002022384

```
FRIEND & WALTON
A PROFESSIONAL LAW CORPORATION
RANDALL K. WALTON, ESQ.    (SBN: 155175)
ANN MARIE FRIEND, ESQ.     (SBN: 173473)
P.O. Box 830
Modesto, California 95353-0830
Telephone: (209) 238-0946
Facsimile: (209) 238-0953

Attorneys for Debtors,
MCCALL, PERRY & NATASHA
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| In re: | Case No.: **09-92170** |
| | Chapter 13 |
| MCCALL, PERRY | DC No. **FW:01** |
| | DATE: **October 5, 2009** |
| MCCALL, NATASHA | Time: **2:00 p.m.** |
| | Place: 1200 "I" St. Ste.4 |
| | Courtroom A 2nd Fl |
| Debtors. | Modesto, CA |

### PROOF OF SERVICE

I, Darlene McCullough, hereby declare:

1) I am a citizen/resident of the United States, I am over the age of eighteen and not a party to the above-captioned action(s).

2) I am employed by FRIEND AND WALTON, A PROFESSIONAL LAW CORPORATION, whose business address is P.O. Box 830, Modesto, CA 95353-0830.

3) On the date set forth below I served the following documents:

MOTION TO VALUE COLLATERAL HELD BY VERTICAL FINANICAL GROUP (2ND DOT); NOTICE OF MOTION TO VALUE COLLATERAL HELD BY VERTICAL FINANCIAL GROUP (2ND DOT); DEBTOR'S DECLARATION IN SUPPORT OF MOTION TO VALUE COLLATERAL HELD BY VERTICAL FINANCIAL GROUP (2ND DOT)

Case 09-92170    Filed 08/13/09    Doc 31

upon the persons and parties at the addresses listed on the attached page, by placing a true copy thereof enclosed in a sealed envelope, with postage fully prepaid and mailed through the U.S. Postal Service at Modesto, CA. I declare under penalty of perjury that the foregoing is true and correct and if called as a witness I would testify competently thereto.

Executed on August 13, 2009 at Modesto, California.


By:   /s/ DARLENE MCCULLOUGH


| | |
|---|---|
| RUSSELL D. GREER<br>CHAPTER 13 TRUSTEE<br>P.O. Box 3051<br>Modesto, CA 95353-3051 | U.S. Trustee<br>501 "I" St. Suite. 7-500<br>Sacramento, Ca. 95814 |
| PERRY & NATASHA MCCALL<br>2405 VAN WINKLE CT.<br>MODESTO, CA. 95356 | Agent for Service of Process<br>For VERTICAL FINANCIAL GRP<br>7700 IRVINE CENTER DR.<br>STE. 150<br>IRVINE, CA. 92618-3008 |

Proof of service