2009-92170
FILED
October 16, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002142490

```
 1  FRIEND & WALTON
    A PROFESSIONAL LAW CORPORATION
 2  RANDALL K. WALTON, ESQ.   (SBN: 155175)
    ANN MARIE FRIEND, ESQ.    (SBN: 173473)
 3  P.O. Box 830
    Modesto, California 95353-0830
 4  Telephone: (209) 238-0946
    Facsimile: (209) 238-0953
 5

 6  Attorneys for Debtors,
     MCCALL, PERRY & NATASHA
 7
```

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## MODESTO DIVISION

| | |
|---|---|
| In re: ) | Case No.: 09-92170 |
|  ) | Chapter 13 |
| MCCALL, PERRY & NATASHA ) | **DC No.  FW:01** |
|  ) | |
|  ) | Date: **October 5,, 2009** |
|  ) | Time: **2:00 p.m.** |
|  ) | Place: 1200 I St, 2nd Floor |
| _____Debtors._____ ) | Courtroom A, Ste. 4 |
|  | Modesto, CA |

<u>ORDER ON MOTION TO VALUE COLLATERAL HELD BY
VERTICAL FINANCIAL GROUP (2ND DOT)</u>

The motion of debtor to value the collateral of VERTICAL FINANCIAL GROUP (2ND DOT**)** came before the Court on October 5, 2009, in Court room A of the above-referenced court. THE COURT, having considered the moving papers, and evidence in support thereof;

RECEIVED
October 08, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002142490

    IT IS HEREBY ORDERED that: the motion is granted.  The value of the collateral and the secured claim of such creditor, Vertical Financial Group (2nd DOT), to wit: real property located at 2405 Van Winkle Ct., Modesto, CA  is determined to be $.00, and the deficiency shall be allowed as a general unsecured claim according to the Proof of Claim filed by said creditor.

DATED:

Dated: October 16, 2009

By the Court

Michael S. McManus
United States Bankruptcy Judge