2009-92170
FILED
October 28, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002181128

```
 1  FRIEND & WALTON
    A PROFESSIONAL LAW CORPORATION
 2  RANDALL K. WALTON, ESQ.    (SBN: 155175)
    ANN MARIE FRIEND, ESQ.     (SBN: 173473)
 3  P.O. Box 830
    Modesto, California 95353-0830
 4  Telephone: (209) 238-0946
    Facsimile: (209) 238-0953
 5

 6  Attorneys for Debtors,
    MCCALL, PERRY & NATASHA
 7
```

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### MODESTO DIVISION

| | |
|---|---|
| In re:<br><br>    MCCALL, PERRY & NATASHA<br><br><br>            Debtors. | Case No.: 09-92170<br>Chapter 13<br>**DC No. FW:02**<br><br>Date: **October 5, 2008**<br>Time: **2:00 p.m.**<br>Place: 1200 I St, 2nd Floor<br>       Courtroom A, Ste. 4<br>       Modesto, CA |

### AMENDED ORDER ON MOTION TO VALUE COLLATERAL
### HELD BY WELLS FARGO FINANCIAL

   The motion of debtor to value the collateral of WELLS FARGO FINANCIAL came before the Court on October 05, 2009, in Courtroom A, Ste 4 of the above-referenced court. THE COURT, having considered the moving papers, and evidence in support thereof;

RECEIVED
October 27, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002181128

| | |
|---|---|
| 1 | |
| 2 |     IT IS HEREBY ORDERED that: the motion is granted.  The replacement value of the collateral and the secured claim of such creditor, WELLS FARGO FINANCIAL, to wit bedroom set & Living room furniture is granted at $4,000.00. The deficiency shall be allowed as a general unsecured claim according to the Proof of Claim filed by said creditor. |

DATED:
Dated: October 28, 2009                    By the Court

                                           _____
                                           Michael S. McManus
                                           United States Bankruptcy Judge