FRIEND & WALTON
A PROFESSIONAL LAW CORPORATION
RANDALL K. WALTON, ESQ.   (SBN: 155175)
ANN MARIE FRIEND, ESQ.    (SBN: 173473)
P.O. Box 830
Modesto, California 95353-0830
Telephone: (209) 238-0946
Facsimile: (209) 238-0953

Attorneys for Debtors,
PERRY & NATASHA MCCALL

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| In re: | Case No.: 09-92170-A-13 |
| | DC No.    FW:04 |
| PERRY & NATASHA MCCALL, | DATE:    December 28, 2009 |
| | Time:    2:00 p.m. |
| | Place:   1200 I St. Second Fl |
| | Courtroom A Ste 4 |
| Debtors. | Modesto CA |

## MOTION TO CONFIRM FIRST AMENDED CHAPTER 13 PLAN

Debtor(s), PERRY & NATASHA MCCALL, moves the court herein to confirm his First Amended Chapter 13 Plan pursuant to 11 U.S.C. Sec. 1324, 1325 and 1322, filed and served concurrently herewith. This motion is based on the Notice of Motion and Declaration of Debtors filed concurrently herewith.

Dated:    11-18-09

FRIEND & WALTON
A PROFESSIONAL LAW CORPORATION

/s/ Ann Marie Friend Esq
ANN MARIE FRIEND, ESQ., Attorney for debtor(s)