2009-92170
FILED
April 02, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002530724

1  **FRIEND & WALTON**
   **A PROFESSIONAL LAW CORPORATION**
2  **RANDALL K. WALTON, ESQ.    (SBN: 155175)**
   **ANN MARIE FRIEND, ESQ.    (SBN: 173473)**
3  **P.O. Box 830**
   **Modesto, California 95353-0830**
4  **Telephone: (209) 238-0946**
   **Facsimile: (209) 238-0953**
5

6  **Attorneys for Debtors,**
   PERRY & NATASHA MCCALL,
7

8
                    **UNITED STATES BANKRUPTCY COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10
                         **MODESTO DIVISION**
11
                                    Case No.: 09-92170-A-13
12  In re:                    )     DC No.    FW:04
                              )
13      PERRY & NATASHA MCCALL, )     DATE:    December 28,2009
                              )     Time:    2:00 p.m.
14                            )     Place:   1200 I St. Second Fl
                              )              Courtroom A Ste 4
15 _____Debtors._____ )              Modesto CA
                              )
16

17       <u>**ORDER CONFIRMING FIRST AMENDED CHAPTER 13 PLAN**</u>

18       The Chapter 13 plan of the above-named debtor(s) has been
   transmitted to all creditors, and it has been determined after
19 notice and opportunity for a hearing that the debtor(s) plan
   satisfies the requirements of 11 U.S.C. Section 1325.
20
         Therefore, IT IS ORDERED that the plan is confirmed.
21

22

23

24

25

26

27

28

RECEIVED
April 01, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002530724

IT IS FURTHER ORDERED that:

1.    The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

2.    The debtor shall immediately notify the trustee in writing of any termination, reduction or of other change in the employment of the debtor; and

3. The debtor shall appear in court whenever notified to do so by the court.

IT IS FURTHER ORDERED that the attorney fees for the debtor's attorney in the full amount of $3,500.00 are approved, $2,100.00 of which was paid prior to the filing of the petition. The balance of $1,400.00, provided that the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys, shall be paid by the trustee from plan payments at the rate specified in the Guidelines for Payment of Attorneys' Fees in Chapter 13 Cases.

_____
Approved by the Chapter 13
Trustee as to form.

Dated: April 02, 2010

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court